IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HOSHAUER, *et al.*, <br>                 Plaintiffs, <br><br> v. <br><br> STATE FARM INSURANCE, <br>                 Defendant. | : <br> : <br> : <br> :    Civil No. 5:23-cv-02382-JMG <br> : <br> : <br> : |

### ORDER

**AND NOW,** this 28th day of September, 2023 upon consideration of Defendant/Counterclaimant, State Farm Mutual Automobile Insurance Company ("State Farm")'s, Partial Motion for Summary Judgment on its Counterclaim (ECF No. 12), Plaintiffs, Hoshauer, *et al*.,'s Response to the Partial Motion for Summary Judgment (ECF No. 15), and any exhibits attached thereto, **IT IS HEREBY ORDERED** that State Farm's Partial Motion for Summary Judgment (ECF No. 12) is **GRANTED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge