# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HOSHAUER, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> STATE FARM INSURANCE, <br>     Defendant. | Civil No. 5:23-cv-02382-JMG |

## ORDER

**AND NOW,** this 18th day of October, 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                 George Wylesol
                                                 Clerk of Court

                                                 By:

                                                 */s/ Christine C. Stein*
                                                 Christine C. Stein
                                                 Deputy Clerk to Judge John M. Gallagher